**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**(LUFKIN DIVISION)**

| | |
|---|---|
| In re: ) | |
| ) | **JOINTLY ADMINISTERED** |
| TEXAS PELLETS, INC.[1] ) | under Case No. 16-90126 |
| ) | |
| Debtors. ) | Chapter 11 |

| | |
|---|---|
| GERMAN PELLETS TEXAS, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **Adversary Proceeding No. 18-09014** |
| ) | |
| NORTH AMERICAN BIOMASS, LLC, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

Considering the Plaintiff's Motion for Default Judgment Against Defendant North American Biomass, LLC (the "Motion"), and the evidence submitted;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion is GRANTED and judgment is hereby entered in favor of German Pellets Texas, LLC and against North American Biomass, LLC in the principal amount of $125,119.40, together with (a) pre-judgment interest at the federal judgment rate of 2.25% accruing from April 30, 2018 (the date of filing) through the date of this Judgment; (b) post-judgment interest at the federal judgment rate pursuant to 28 U.S.C. § 1961 from entry of this judgment until paid in full; and (c) filing fees in the amount of $350.00.

IT IS FURTHER ORDERED that any and all prepetition claims, expenses (including

---

[1] The jointly-administered Chapter 11 Debtors, along with the last four digits of each such Debtor's federal tax identification number, are Texas Pellets, Inc. (3478) and German Pellets Texas, LLC (9084). The corporate headquarters and service address for the jointly-administered is: 164 CR 1040, Woodville, TX 75979.

expenses under Bankruptcy Code § 503(b)(9)), and all other such amounts asserted to be owed (if any) to North American Biomass, LLC by German Pellets Texas, LLC as of April 30, 2016, are hereby disallowed and expunged, until such time as North American Biomass, LLC fully satisfies and pays all amounts required under this Judgment.

Tyler, Texas, this _____ day of January 2019.

_____
UNITED STATES BANKRUPTCY JUDGE

America:0105342/00004:70583020v1